Daniel M. Hansen, Esq. (Nsb#13886)
dhansen@gibbsgiden.com
Madison G. Wedderspoon, Esq. (Nsb#16648)
mwedderspoon@gibbsgiden.com
**GIBBS, GIDEN, LOCHER, TURNER SENET& WITTBRODT LLP**
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
(702) 836-9800

Brian C. Kimball
brian.kimball@butlersnow.com
Haley F. Gregory
haley.gregory@butlersnow.com
**BUTLER SNOW LLP**
1020 Highland Colony Pkwy
Ridgeland, MS 39157
(601) 948-5711
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
STUART C. IRBY COMPANY, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STUART C. IRBY COMPANY, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>COMMNV, LLC; ARIC HORNING; UPRISE FIBER, LLC; UPRISE, LLC; STEPHEN A. KROMER; KROMER INVESTMENTS, INC., AND GREAT MIDWEST INSURANCE COMPANY,<br><br>     Defendants. | CASE NO.:   3:25-cv-00533-RFB-CLB<br><br>**STUART C. IRBY COMPANY, LLC'S MOTION FOR ENTRY OF ORDER** |

COMES NOW, Plaintiff Stuart C. Irby Company, LLC ("Irby") by and through its counsel of record, and respectfully submits this motion for entry of an Order by the Court requiring Stephen A. Kromer and Kromer Investments, Inc. to provide the Court with status updates on the criminal proceedings every 90 days and would show as follows:

**INTRODUCTION**

1. Plaintiff Stuart C. Irby Company, LLC ("Irby") respectfully moves this Court for entry of an

1

98015911.v1

order requiring Defendant Stephen A. Kromer and Kromer Investments, Inc. (or its counsel) to file written status updates every ninety (90) days concerning the progress of the criminal proceedings pending against Stephen A. Kromer in *State of Nevada v. Kromer*, Second Judicial District Court in Washoe County, Case No. RCR2025-2208.

2. This limited relief will ensure that the Court and all parties remain apprised of developments in the related criminal case. Regular updates will enable efficient case management and allow the Court to promptly adjust the stay or scheduling orders as circumstances change.

## LEGAL STANDARD

3. "[D]istrict courts have the inherent authority to manage their dockets and courtrooms with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 579 U.S. 40, 47 (2016). Further, a district court may require the filing of status reports to manage the progress of an action. *See Nunnery v. Gittere*, No. 219-cv-00618JADWGC, 2019 WL 6170738, at *2 (D. Nev. Nov. 19, 2019); *see also Shearer v. Haaland*, No. 20-36089, 2022 WL 4103630, at *3 (9th Cir. Sept. 8, 2022) (encouraging a district court to "require periodic status reports" during a stay of federal proceedings).

## GOOD CAUSE EXISTS

4. Good cause exists for requiring period updates. Defendant Uprise's Motion to Stay [70] expressly relies on the existence and status of Mr. Kromer's criminal proceedings. Because those proceedings may extend for months, updates are necessary to inform the Court whether the grounds for the stay continue to exist or have changes. A 90-day reporting schedule is a minimal burden and ensures transparency without prejudice to any party.

## PROMOTES JUDICIAL ECONOMY

5. The order will promote judicial efficiency and transparency. This Court has a substantial interest in managing its docket efficiently. Absent periodic reporting, the Court may be forced to solicit information or schedule unnecessary hearings. Status updates will allow the Court to monitor the parallel criminal case, anticipate timing for lifting or modifying any stay, and avoid unnecessary delay.

98015911.v1

**NARROWLY TAILORED**

6. The request is narrowly tailored and non-prejudicial. Irby does not seek discovery or disclosure of privileged information. Irby simply requests that the Court require a written notice describing key procedural events and notifying the Court if the criminal proceedings are terminated. The reporting obligation imposes minimal burden compared to the administrative efficiency it creates.

**REQUESTED RELIEF**

7. Plaintiff respectfully requests that the Court enter an order requiring Defendants Stephen A. Kromer and Kromer Investments, Inc., through counsel, to file a status report every ninety (90) days beginning within 90 days of the Court's order and notifying the Court within thirty (30) days of the criminal proceedings' termination.

8. Plaintiff respectfully requests that each report identify:

    a. The case name and number of the criminal proceeding;

    b. Significant developments since the last report; and

    c. The next scheduled hearing or trial date.

9. Given the straightforward nature of the relief requested in this Motion, Plaintiff respectfully requests relief from the obligation under Local Rule 7-2 to file supporting memorandum of points and authorities.

**CONCLUSION**

For the foregoing reasons, Plaintiff Stuart C. Irby Company, LLC respectfully requests that this Court grant its motion and issue an order requiring Defendants Stephen A. Kromer and Kromer Investments, Inc. to file periodic 90-day status updates regarding the related criminal case against Stephen A. Kromer and to notify the Court within thirty (30) days of the criminal proceedings' termination.

Dated: October 24, 2025.        BUTLER SNOW LLP

                                By: */s/ Haley F. Gregory*
                                    Brian C. Kimball

98015911.v1

3

brian.kimball@butlersnow.com
Haley F. Gregory
haley.gregory@butlersnow.com
**BUTLER SNOW LLP**
1020 Highland Colony Pkwy
Ridgeland, MS 39157
(601) 948-5711
*Admitted Pro Hac Vice*

Daniel M. Hansen, Esq.
Nevada State Bar # 13886
Madison G. Wedderspoon, Esq.
Nevada State Bar # 16648
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128

Attorneys for Plaintiff
STUART C. IRBY COMPANY, LLC

# CERTIFICATE OF SERVICE

The undersigned, an employee of the law firm of Butler Snow LLP, hereby certifies that on October 24, 2025, she served a copy of the foregoing STUART C. IRBY COMPANY, LLC'S MOTION FOR ENTRY OF ORDER electronically through the CM/ECF system.

_____
An employee of
Butler Snow LLP

4

98015911.v1