DANIEL T. HAYWARD
Nevada State Bar No. 5986
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:    (775) 501-9400
Email: dhayward@dhvnv.com
*Attorneys for Defendant,*
*Kromer Investments, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STUART C. IRBY COMPANY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMMNV, LLC; ARIC HORNING; UPRISE FIBER, LLC; UPRISE, LLC; STEPHEN A. KROMER; KROMER INVESTMENTS, INC.; and GREAT MIDWEST INSURANCE COMPANY,<br><br>Defendants. | Case No.: 3:25-cv-00533-RFB-CLB<br><br>**DEFENDANT KROMER INVESTMENTS, INC.'S LIMITED OPPOSITION TO PLAINTIFF STUART C. IRBY COMPANY, LLC's MOTION FOR ENTRY OF ORDER** |

Defendant KROMER INVESTMENTS, INC., by and through its attorneys of record, Daniel T. Hayward of Dotson, Hayward & Vance, PC, hereby submits its *Limited Opposition to Plaintiff Stuart C. Irby Company, LLC's Motion for Entry of Order*. ECF 83.

Plaintiff Stuart C. Irby Company, LLC ("Irby") has moved the Court to enter an order requiring Defendants Stephen A. Kromer and Kromer Investments, Inc. to provide the Court with written status updates every 90 days concerning the progress of the criminal proceedings pending against Mr. Kromer in *State of Nevada v. Kromer*, Second Judicial District Court in Washoe County, Case No. RCR2025-2208. ECF 83, *Pltff. Irby's Mtn for Entry of Order*, at ¶ 1. Irby has further requested that the Court order that each report identify:

> a. The case name and number of the criminal proceeding;
>
> b. Significant developments since the last report; and

c. The next scheduled hearing or trial date.

*Id.* at ¶ 8. Kromer Investments understands that Irby has made this request with the assumption that the Court will soon enter an order staying this federal action until the resolution of the criminal case. *See id.* at ¶ 2 ("Regular updates will … allow the Court to promptly adjust the stay or scheduling orders as circumstances change"); ECF 70, *Deft. Uprise' Mtn. to Stay Proceedings Pending Crim. Action*; ECF 82, *Pltff. Irby's Notice of Non-Opp to Uprise's Mtn. to Stay Proceedings Pending Crim. Action.*

Kromer Investments agrees that in the event the Court enters the stay requested by Uprise it may be beneficial for a party to provide periodic status reports concerning the status of the criminal proceeding. However, it makes no sense to require Kromer Investments to be the party which does so.

Irby added Stephen A. Kromer as a named Defendant in Irby's most recent *Amended Complaint* (ECF 56). However, it does not appear that Mr. Kromer has entered an appearance in this matter. When Mr. Kromer appears in this action, the undersigned will not be representing him. The undersigned represents *only* Kromer Investments, Inc.

Mr. Kromer resigned as Vice President of Kromer Investments effective January 25, 2025. He is not an officer, director, or employee of the company. The undersigned has no contact with him, and has not represented him in any proceeding. The undersigned does not practice criminal law.

Lastly, while Kromer Investments does not oppose the pending *Motion to Stay Proceedings Pending Criminal Action*, Kromer Investments did not file the motion.

If the Court orders that Kromer Investments' counsel monitor the pending criminal proceeding and provide periodic reports, counsel will of course log-on to the docket in the criminal case and do so. However, it may be preferable for Irby to assume this responsibility, and expense, given that Irby is the party which moved the Court to order the preparation of such status reports.

1  DATED this 24th day of October, 2025.

DOTSON, HAYWARD & VANCE, PC

_____
DANIEL T. HAYWARD
Nevada State Bar No. 5986
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
(775) 501-9400
*Attorneys for Defendant,*
*Kromer Investments, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of DOTSON, HAYWARD & VANCE, PC and that on this date I caused to be served a true and correct copy of the foregoing by:

☐ (BY MAIL) on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Dotson, Hayward & Vance, PC, mail placed in that designated area is given the correct amount of postage and is deposited that same date in the ordinary course of business, in a United States mailbox in the City of Reno, County of Washoe, Nevada.

☒ By electronic service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to the following individuals.

☐ (BY PERSONAL DELIVERY) by causing a true copy thereof to be hand delivered this date to the address(es) at the address(es) set forth below.

☐ (BY FACSIMILE) on the parties in said action by causing a true copy thereof to be telecopied to the number indicated after the address(es) noted below.

☐ Email.

addressed as follows:

Daniel M. Hansen
Madison G. Wedderspoon
Gibbs, Giden, Locher, Turner,
Senet & Wittbrodt LLP
7251 W. Lake Mead Blvd Ste 450
Las Vegas, NV 89128
dhansen@gibbsgiden.com
mwedderspoon@gibbsgiden.com
*Attorneys for Plaintiff*

Brian C. Kimball
Haley F. Gregory
Butler Snow LLP
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157
brian.kimball@butlersnow.com
haley.gregory@butlersnow.com
*Attorneys for Plaintiff*

Mark G. Simons
Simons Hall Johnston PC
690 Sierra Rose Dr
Reno, NV 89511
msimons@shjnevada.com
jalhasan@shjnevada.com
*Attorney for Defendants CommNV, LLC and Aric Horning*

Michael R. Hall
Hall Jaffe, LLP
7425 Peak Dr
Las Vegas, NV 89128
mhall@halljaffe.com
*Attorney for Defendants Uprise Fiber, LLC and Uprise, LLC*

1 | David R. Johnson
2 | Lanak & Hanna, P.C.
  | 8375 W. Flamingo Rd., Ste. 102
3 | Las Vegas, NV 89147
  | drjohnson@lanak-hanna.com
4 | *Attorney for Great Midwest*
  | *Insurance Company*

DATED this 24th day of October, 2025.

*[signature]*

L. MORGAN BOGUMIL